IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| David Crocker, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 2:23-cv-00091-LGW-BWC |
| v. ) | |
| ) | |
| Specialized Collection System, Inc., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **NOTICE OF SETTLEMENT**

Plaintiff, David Crocker, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Specialized Collection System, Inc. ("SCS"). Plaintiff and Defendant, SCS need to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant, SCS. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant, SCS to make any Court required filings prior to dismissal.

Respectfully submitted this 16th day of October, 2023.

**BERRY & ASSOCIATES**

1

2

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Specialized Collection System, Inc., via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Megan J. Hebert
Specialized Collection System, Inc.
7023 La Entrada
Houston, Texas 77083

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*